UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

RAYMOND A. MILLER,

        Petitioner,

vs.

FEDERAL BUREAU OF PRISONS,

        Respondent.

CASE NO. 1:13-CV-2633

ORDER

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that the writ is DISMISSED without prejudice for failing to exhaust administrative remedies. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

DATE: June 16, 2014

        s./ James S. Gwin
        JAMES S. GWIN
        UNITED STATES DISTRICT JUDGE